**Kyle D. GARDNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 74683.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 29, 1998.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Appellant, Kyle D. Gardner ("movant"), appeals the judgment of the Circuit Court of Cape Girardeau County denying his Rule 29.15 motion after an evidentiary hearing. In his prior appeal, *State v. Gardner*, 952 S.W.2d 384 (Mo.App.E.D. 1997), we remanded movant's Rule 29.15 motion to the motion court for entry of specific findings of fact and conclusions of law. Movant now asks us to review those specific findings and conclusions. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no